No. 93-9375. KNELLER v. KNELLER. Super. Ct. Pa. Certiorari denied.

No. 93-9376. GULBENKIAN v. KAISER FOUNDATION HOSPITALS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93-9378. KIMBERLIN v. UNITED STATES; and
No. 93-9461. FULLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93-9379. BARTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93-9380. GAERTTNER v. LOVE, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 93-9381. GATTIS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 93-9382. KING v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93-9383. HIBBLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93-9384. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93-9385. WYANT v. OHIO; and
No. 94-5135. BLAZER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93-9386. SOLIS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93-9387. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93-9388. PEARSALL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93-9389. ROANE v. UNITED STATES. Ct. App. D. C. Certiorari denied.